United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KENIA MARICELA CASILDO PALACIOS, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-4606 |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. The petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days. The petitioner is entitled to a bond hearing. *See Banegas Avila v. Frink*, No. CV H-26-916, 2026 WL 976144, at *5 (S.D. Tex. Apr. 10, 2026); *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).

It is **ordered** that the respondents must provide the petitioner with a bond hearing at which the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16. The respondents must provide this hearing by **July 13, 2026**, or release the petitioner by that date. The parties must **confer** and file a **joint** update with the court by **July 15, 2026**, informing the court of the result of the hearing and the petitioner's custody status. The respondents' motion for summary judgment, (Docket Entry No. 5), is **denied**

and the petition for a writ of habeas corpus is **granted in part**. The motion to supplement the motion for summary judgment is denied as moot. (Docket Entry No. 7).

SIGNED on July 6, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge